EXHIBIT 2

| US6983270B2 | Vettery ("The accused Instrumentality") |
|---|---|
| 1. A method for displaying a progress and results of a database search until a desired result is displayed, said method comprising the steps of: | The accused instrumentality practices a method for displaying a progress and results (e.g., displaying progress with intermediary results and eventually getting a desired result) of a database search (e.g., Vettery database search) until a desired result is displayed.<br><br><br>https://hired.com/ |

EXHIBIT 2

## Hired Support

Home › Hired Match › Basics

# Getting started with Hired Match

Hired Match is a browser extension for recruiters that automatically matches new applicants against your job requirements. With Hired Match, you'll:

- Save time screening applicants
- Find your best applicants faster (so you can deliver an amazing candidate experience)

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

EXHIBIT 2



https://www.youtube.com/watch?v=QnKinmxWwec&ab_channel=Hired

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

| a. displaying a set of entries from a database and a set of operators, wherein ones of said displayed set of entries and ones of said displayed set of operators are | The accused instrumentality practices displaying a set of entries (e.g., different filters related to candidate search) from a database (e.g., Vettery database) and a set of operators (e.g., Boolean operators such as ANY, ALL, etc.), wherein ones of said displayed set of entries (e.g., different filters related to candidate search) and ones of said displayed set of operators (e.g., Boolean operators such as ANY,ALL, etc.) are selected to form a database search query (e.g., a search query with filters) for producing valid results. |
| --- | --- |

EXHIBIT 2

| selected to form a database search query for producing valid results; |  |
| --- | --- |
| | https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match |

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2



https://www.youtube.com/watch?v=QnKinmxWwec&ab_channel=Hired

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

| | |
|---|---|
| b. selecting an initial entry of said displayed set of entries; | The accused instrumentality practices selecting an initial entry (e.g., selecting filters such as Roles, Specializations, etc. from other multiple filters) of said displayed set of entries (e.g., different filters related to the candidate search).<br><br>As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result. |

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2

| c. displaying a set of valid results from a query based on said selected entry; | The accused instrumentality practices displaying a set of valid results (e.g., results after filtering) from a query based on said selected entry (e.g., selecting Roles, Specializations, etc. from other multiple filters).<br><br>As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result.<br><br><br><br>https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match |

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2

As shown below, after applying filter, the accused instrumentality provides filtered results.



https://www.youtube.com/watch?v=QnKinmxWwec&ab_channel=Hired

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

| d. updating said set of displayed operators based on said selected entry, wherein said updated set of displayed operators includes only operators from the set of operators, wherein the operators | The accused instrumentality practices updating said set of displayed operators (e.g., updating use of an operator) based on said selected entry (e.g., selecting Roles, Specializations, etc. from other multiple filters), wherein said updated set of displayed operators (e.g., updating use of an operator) includes only operators from the set of operators (e.g., Boolean operators such as ALL, ANY, etc.), wherein the operators combined in a query with the selected entry (e.g., selecting Roles, Specializations, etc. from other multiple |
| --- | --- |

EXHIBIT 2

| | |
|---|---|
| combined in a query with the selected entry and at least one of the set of entries from the database produce at least one valid result; | filters) and at least one of the set of entries (e.g., different filters related to candidate search) from the database produce at least one valid result.<br><br>As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result. After applying filter, the accused instrumentality provides filtered results.<br><br><br><br>https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match<br><br>The accused instrumentality also provides operators being applied at a filter (e.g., operators such as 'ALL', 'ANY', etc.). A user can select appropriate operator for the selected filter (e.g., entry). |

EXHIBIT 2



EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2



https://www.youtube.com/watch?v=QnKinmxWwec&ab_channel=Hired

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

| | |
|---|---|
| e. selecting an operator from the updated displayed set of operators; | The accused instrumentality practices selecting an operator (e.g., selecting an operator such as 'ANY' operator) from the updated displayed set of operators (e.g., updating use of an operator). |

EXHIBIT 2

As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result. After applying filter, the accused instrumentality provides filtered results.



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

The accused instrumentality also provides operators being applied at a filter (e.g., operators such as 'ANY', 'ALL', etc.). A user can select appropriate operator for the selected filter (e.g., entry).



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

The accused instrumentality also provides operators being applied at a filter (e.g., operators such as 'ANY', 'ALL', etc.). A user can select appropriate operator for the selected filter (e.g., entry). Also, the accused instrumentality let a user apply the operator of the filter when there will be a valid result after filtering. After applying the selected operator and the filter, the accused instrumentality provides the filtered results

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2

| | https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match |
|---|---|
| f. updating said displayed set of entries in response to the selected operator, wherein said updated displayed set of entries includes only entries from the database, wherein the entries combined in a query with the selected entry and the selected operator produce at least one valid result; | The accused instrumentality practices updating said displayed set of entries (e.g., updated filters related to the candidate search) in response to the selected operator (e.g., selecting an operator such as 'ANY' operator), wherein said updated displayed set of entries (e.g., updated fields related to the candidate search) includes only entries from the database, wherein the entries (e.g., different filters related to the candidate search) combined in a query with the selected entry (e.g., selecting Roles, Specializations, etc. from other multiple filters) and the selected operator (e.g., an operator selected such as 'ANY' operator) produce at least one valid result.<br><br>As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result. After applying filter, the accused instrumentality provides filtered results. |

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

The accused instrumentality also provides operators being applied at a filter (e.g., operators such as 'ANY', 'ALL', etc.). A user can select appropriate operator for the selected filter (e.g., entry).

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2

A user can select appropriate filters (e.g., entries) to get a desired result. Also, the accused instrumentality let a user apply the selected filters such as the Years of Experience, Countries, etc. when there will be a valid result after filtering. After applying the selected filter, the accused instrumentality provides the filtered results.



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2

| | |
|---|---|
| | **Nice to have skills**<br>Unlike Must have skills, this is *not a hard filter*. Any skills you add to this box will not affect the "good/poor fit" of the applicant. The scorecard will simply highlight if a candidate has that skill or not.<br><br>**Years of experience**<br>This will give a good fit score to applicants who are in the range of years of experience that you specify. As mentioned above, we only include years of experience for the specializations that you select.<br><br>**Countries**<br>If your company can only hire candidates from specific countries, this filter will only give good fit scores to candidates who live in your included countries. Simply select the countries that you want to include.<br><br>https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match |
| g. selecting one of said updated displayed set of entries; | The accused instrumentality practices selecting one of said updated displayed set of entries (e.g., updated filters related to the candidate search).<br><br>As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result. After applying filter, the accused instrumentality provides filtered results. |

EXHIBIT 2



[https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match](https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match)

The accused instrumentality also provides operators being applied at a filter (e.g., operators such as 'ANY', 'ALL', etc.). A user can select appropriate operator for the selected filter (e.g., entry).

EXHIBIT 2



[https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match](https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match)

A user can select appropriate filters (e.g., entries) to get a desired result. Also, the accused instrumentality let a user apply the selected filter such as the Years of Experience, Countries, etc. when there will be a valid result after filtering. After applying the selected filter, the accused instrumentality provides the filtered results.

EXHIBIT 2

<table>
<tr>
<td></td>
<td colspan="2">


**Nice to have skills**
Unlike Must have skills, this is *not a hard filter*. Any skills you add to this box will not affect the "good/poor fit" of the applicant. The scorecard will simply highlight if a candidate has that skill or not.

**Years of experience**
This will give a good fit score to applicants who are in the range of years of experience that you specify. As mentioned above, we only include years of experience for the specializations that you select.

**Countries**
If your company can only hire candidates from specific countries, this filter will only give good fit scores to candidates who live in your included countries. Simply select the countries that you want to include.

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match
</td>
</tr>
<tr>
<td>
h. updating said displayed set of valid results according to a query based on the selected entries and the selected operator; and
</td>
<td colspan="2">
The accused instrumentality practices updating said displayed set of valid results according to a query based on the selected entries (e.g., selected filters related to the candidate search) and the selected operator (e.g., selected operator such as 'ANY' operator).

As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result. After applying filter, the accused instrumentality provides filtered results.
</td>
</tr>
</table>

EXHIBIT 2



# How to set your filters on Hired Match

It's important to configure your position correctly so that you get "good fit" recommendations for your top candidates and "poor fit" recommendations for candidates who are likely to pass on, saving you time and allowing you to focus on your best applicants. Below are some tips for how to get the most out of your position filters.

Here's an example of a configured position and scorecard for a "Good Fit" candidate.

**Related Articles**

Getting started with Hired Match

How to manage Hired Match emails

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

**Must have skills**
We have revamped this filter to allow you to use Boolean operators. The skills within each row are related to each other by the selected properties:
*ANY = OR*
*ALL = AND*

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2

| | The accused instrumentality also provides operators being applied at a filter (e.g., operators such as 'ANY', 'ALL', etc.). A user can select appropriate operator for the selected filter (e.g., entry).  https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match |
| --- | --- |

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

A user can select appropriate filters (e.g., entries) to get a desired result. Also, the accused instrumentality let a user apply the selected filter such as the Years of Experience, Countries, etc. when there will be a valid result after filtering. After applying the selected filter, the accused instrumentality provides the filtered results.

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

| i. while said updated displayed set of valid results is not the desired result, repeating steps d. through h., based on all previously selected entries and operators, to select an additional operator and an additional entry for the database search query, and to update said displayed set of valid results. | The accused instrumentality practices while said updated displayed set of valid result is not the desired result, repeating steps d. through h. (e.g., filtering with additional fields related to the candidate search), based on all previously selected entries (e.g., selected entry such as React in Must Have Skills) and operators (e.g., selected operator such as 'ANY' operator), to select an additional operator (e.g., selecting an additional operator such as 'ALL' operator) and an additional entry (e.g., selecting an additional entry such as Java in Must Have Skills, etc.) for the database search query, and to update said displayed set of valid results.<br><br>As shown below, the accused instrumentality provides different filters (e.g., entries) to a user. The user can select a filter as a search query to get a desired result. After applying filter, the accused instrumentality provides filtered results. |

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

The accused instrumentality also provides operators being applied at a filter (e.g., operators such as 'ANY', 'ALL', etc.). A user can select appropriate operator for the selected filter (e.g., entry).

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match

EXHIBIT 2



https://www.youtube.com/watch?v=QnKinmxWwec&ab_channel=Hired

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000074858-getting-started-with-hired-match

As shown below, a user can again apply additional filters (e.g., entries) to get a desired candidate.

EXHIBIT 2



https://employerhelpcenter.hired.com/en/support/solutions/articles/12000075301-how-to-set-your-filters-on-hired-match