UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIDGEVIEW IP LLC,
                Plaintiff,

-against-

VETTERY, INC.,
                Defendant.
------------------------------------------------------------X

22 Civ. 4489 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Orders dated July 11, 2022, August 18, 2022, and August 19, 2022, the parties were directed to file a proposed joint letter and case management plan before the initial pretrial conference.

WHEREAS, the Orders dated August 18, 2022, and August 19, 2022, directed Plaintiff to file a letter requesting an adjournment of the initial pretrial conference if Plaintiff was not in communication with Defendant.

WHEREAS, the Order dated August 19, 2022, advised Plaintiff that failure to comply with the Court's orders may result in dismissal for failure to prosecute. It is hereby

**ORDERED** that the initial pretrial conference scheduled for August 24, 2022, is **adjourned** to **August 31, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. It is further

**ORDERED** that by **August 24, 2022**, at **12:00 p.m.**, the parties shall file a joint letter and proposed case management plan. If Plaintiff is not in communication with Defendant, Plaintiff shall file a letter requesting an adjournment by **August 24, 2022, at 12:00 p.m.**, or the case will be dismissed for failure to prosecute.

Dated: August 23, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE