

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

August 23, 2022

<u>CM/ECF</u>

Hon. Lorna G. Schofield, U.S.D.J.
United State District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE: *Ridgeview IP LLC v. Vettery, Inc.* C.A. No. 22-cv-04489 (SNDY)
          Unopposed Motion for Extension of Time to submit Joint Letter, Proposed Case Management Plan, and Initial Pretrial Conference

Dear Judge Schofield:

    Plaintiff Ridgeview IP LLC respectfully requests a 30-day extension of time, up to and including September 22, 2022 for parties to submit Joint Letter, Proposed Case Management Plan, and Initial Pretrial Conference in the above-captioned matter.

    The current deadline was August 19, Ridgeview IP LLC requests this extension of time to continue resolution discussions.

    Defendant Vettery, Inc. Consents to further extending the time.

                            Respectfully submitted,

                            */s/ Jimmy Chong*
                            Jimmy Chong

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM