UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RIDGEVIEW IP LLC**<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**VETTERY, INC.,**<br><br>　　　　　　Defendant. | **Civil Action No.: 1:22-cv-04489**<br><br>**JOINT STIPULATION**<br>**OF DISMISSAL** |

Now comes Plaintiff, Ridgeview IP LLC and Defendant, Vettery, Inc., by and through their counsel, pursuant to Fed. R. Civ. P 41(a)(2), hereby jointly stipulate and agree Plaintiff voluntarily dismisses all of the claims asserted against Defendant Vettery, Inc. in the within action With Prejudice with each party bearing their own costs and fees.

Dated: September 2, 2022

Respectfully submitted,

/s/*Nicholas Loaknauth*
Loaknauth Law, P.C.
Nicholas Loaknauth
SDNY Bar No. NL0880
1460 Broadway
New York, New York 10036
Telephone: (212) 641-0745
Facsimile: (718) 301-1247
Email: nick@loaknauthlaw.com

Together with:

CHONG LAW FIRM PA
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com
(pro hac vice to be filed

Attorneys for Plaintiff

/s/ *Daniel S. Goldstein*
Daniel S. Goldstein
SMITH, GAMBRELL & RUSSELL LLP
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Telephone: (212) 907-9700
Facsimile: (212) 907-9800
Email: dgoldstein@sgrlaw.com

Edward A. Pennington (pro hac vice admission
forthcoming)
John P. Moy (pro hac vice admission forthcoming)
SMITH, GAMBRELL & RUSSELL LLP
1055 Thomas Jefferson Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 263-4300
Facsimile: (202) 263-4329
Email: epennington@sgrlaw.com
Email: jmoy@sgrlaw.com

*Attorneys for Defendant*
*VETTERY, INC.*

SO ORDERED, this day of_____ September, 2022.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

      I, Nicholas Loaknauth, certify that on September 2, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<i>/s/ Nicholas Loaknauth</i><br>
Nicholas Loaknauth (#NL0880)